## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**DAVID BLANCO, ET AL.**                                 **CIVIL ACTION**

**VERSUS**

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA, ET AL.**          **NO.: 15-00540-BAJ-EWD**

### ORDER

Before the Court is the **Motion in Limine to Exclude Expert Opinions and/or Testimony of Plaintiffs' Future Economic Losses (Doc. 25)** filed by C.R. England, Inc., Troy R. Dake, National Union Fire Insurance Company of Pittsburgh, PA, and Bobby L. Williams-Pehl ("Defendants"), and the **Agreed Order (Doc. 29)** filed by the parties. In their motion in limine, Defendants seek to exclude expert testimony regarding Plaintiffs' future economic losses as unreliable evidence under Federal Rule of Evidence 702. The motion is unopposed.

On October 14, 2016, the parties consented to judgment on Defendant's motion in limine. (*See* Doc. 29). Specifically, the parties agreed that sufficient medical evidence does not currently exist to support expert opinions that Plaintiffs have suffered loss of earning capacity or future loss of wages. Because of this, Plaintiffs have agreed not to introduce expert opinions concerning loss of earning capacity and/or vocational opportunities, or economic expert opinions concerning the present value of such losses absent medical evidence that one or both Plaintiffs have suffered residual physical restrictions caused by the accident that prevent them from returning to work in employment for which they are qualified.

Accordingly,

**IT IS ORDERED** that the Court fully **ADOPTS** the **Agreed Order (Doc. 29)** regarding Plaintiffs' use of expert opinions that Plaintiffs have suffered loss of earning capacity or future loss of wages.

**IT IS FURTHER ORDERED** that Defendants' **Motion in Limine to Exclude Expert Opinions and/or Testimony of Plaintiffs' Future Economic Losses (Doc. 25)** is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the evidentiary hearing, currently set for Wednesday, October 19, 2016, is **CANCELLED**.

Baton Rouge, Louisiana, this 18th day of October, 2016.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**